

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-15-00017-CV

_____

JOSE A. CAMARILLO, DAMIAN CAMARILLO, DAMIAN CAMARILLO, JR.,
RICARDO CAMARILLO, MARIA CAMARILLO, BEATRICE CAMARILLO
AND ANGELICA CAMARILLO ESPINOSA, APPELLANTS

V.

KEN-DO CONTRACTING, LP, KEN-DO GP, INC.
AND KENNETH G. HALVERSON, APPELLEES

On Appeal from the 40th District Court
Ellis County, Texas
Trial Court No. 86273; Honorable Bob Carroll, Presiding

February 19, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before this Court is a motion to dismiss this appeal filed by Appellants.
According to the *Certificate of Conference*, Appellees are in agreement with the motion.
Appellants represent the parties have entered into a settlement agreement and they no
longer wish to pursue this appeal. Without passing on the merits of the appeal, the

motion is granted and the appeal is dismissed. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1). As requested in the motion, all costs are taxed against Appellants. Having dismissed this appeal at the request of Appellants, no motion for rehearing will be entertained and our mandate will issue forthwith.


Patrick A. Pirtle
Justice